UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FREDY RAMON GUTAMA-GUTAMA, et al., <br><br> Defendants. | CR17-87 TSZ <br><br> ORDER |

THIS MATTER having come before the Court on the joint motion of the parties for a continuance of the trial and the pretrial motions due date, docket no. 24, and the Court having considered the facts set forth in the motion, the speedy trial waivers executed by defendants, and the records and files herein, the Court enters the following order:

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure to grant a continuance in the proceeding would be likely to result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER - 1

2. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to effectively prepare for trial. All of these factors outweigh the best interests of the public and defendants in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

For the foregoing reasons, the joint motion to continue trial, docket no. 24 is GRANTED. The trial date shall be continued from May 30, 2017, to July 17, 2017. Pretrial motions are to be filed no later than May 26, 2017.

IT IS FURTHER ORDERED that the resulting period of delay from the current trial date of May 30, 2017, until the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated this 19th day of April, 2017.

Thomas S. Zilly
United States District Judge

ORDER - 2