JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR17-087-TSZ |
| Plaintiff, | |
| vs. | ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |
| FREDY GUTAMA-GUTAMA, | |
| Defendant. | |

THE COURT, having considered the unopposed motion to extend the deadline for pretrial motions, docket no. 35, GRANTS the motion.

IT IS ORDERED that the due date for pretrial motions is extended from May 26, 2017 to June 20, 2017.

DONE this 31st day of May, 2017.

Thomas S. Zilly
United States District Judge

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Fredy Gutama-Gutama

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE - 1
(*U.S. v. Fredy Gutama-Gutama,* CR17-087-TSZ.)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**