THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-087-TSZ |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL |
| v. | |
| FREDY GUTAMA-GUTAMA, | |
| Defendant. | |

THE COURT has considered the Ex Parte Sealed Motion to Withdraw as Counsel, docket no. 47, and for Appointment of New Counsel, the accompanying Ex Parte Declaration, and the records and files in this case.

IT IS NOW ORDERED that Assistant Federal Public Defender Gregory Geist is permitted to withdraw as defense counsel in this matter, and that new counsel shall be appointed to represent the defendant from the CJA panel. The CJA Administrator is DIRECTED to appoint substitute counsel to represent defendant.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record and to the CJA Administrator.

ORDER TO WITHDRAW AS COUNSEL AND
FOR APPOINTMENT OF NEW COUNSEL
(*U.S.A. v. Gutama-Gutama,* CR17-087-TSZ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

The Status Hearing set for Thursday, August 31, 2017, at 1:30 p.m. is STRICKEN.

IT IS SO ORDERED.

DATED this 29th day of August, 2017.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Fredy Gutama-Gutama

ORDER TO WITHDRAW AS COUNSEL AND
FOR APPOINTMENT OF NEW COUNSEL
(*U.S.A. v. Gutama-Gutama,* CR17-087-TSZ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**