UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDY RAMON GUTAMA-GUTAMA and FABIAN GUTAMA-GUTAMA,

    Defendants.

CR17-87 TSZ

ORDER

THIS MATTER having come before the Court on the motion of the defendant Fredy Ramon Gutama-Gutama for a continuance of the trial and the pretrial motions due date, docket no. 53, to which defendant Fabian Gutama-Gutama joined at the hearing held on October 12, 2017, and the Court having considered the facts set forth in the motion, the speedy trial waivers executed by defendants, the arguments of counsel at the hearing on October 12, 2017, and the records and files herein, the Court enters the following order:

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of

ORDER - 1

due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).  In addition, the failure to grant a continuance in the proceeding would be likely to result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

2. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to effectively prepare for trial.  All of these factors outweigh the best interests of the public and defendants in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

For the foregoing reasons, the motion to continue trial, docket no. 53 is GRANTED.  Defendant Fabian Gutama-Gutama is joined with defendant Fredy Ramon Gutama-Gutama for trial.  The trial date for both defendants shall be continued from November 13, 2017, to February 5, 2018.  Pretrial motions for both defendants are to be filed no later than January 4, 2018.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this Order until the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated this 12th day of October, 2017.

_____
Thomas S. Zilly
United States District Judge